IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARGARET LAGERGREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-2124 JTM/KMH |
| ) | |
| IC SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff pursuant to F.R.Civ.P. 41 (a)(1)(A) and hereby stipulates with Defendant to dismissal of Plaintiff's claims with prejudice.

This stipulation of Dismissal includes dismissal with prejudice of all claims of the Plaintiff which have been or could have been asserted in this action.

###

Prepared & Approved by:

FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949        (785) 232-7761


By:   *s/ Justice B. King*
    Justice B. King           #09009
    **Attorney for Defendant**


Mark Meinhardt
4707 College Blvd, Suite 100
Leawood, Kansas 66211


By:   *s/ Mark Meinhardt*
    Mark Meinhardt           #20245
    **Attorney for Plaintiff**